**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G., by and through his guardian ad litem, LaShan Goodwin,<br><br>    Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-04853 WHA<br><br>**NOTICE RE LETTER** |

    Whether defendant Sheriff David Livingston may be excused from participating in mediation, pursuant to the parties' stipulated agreement, is a matter for the mediator to decide.

Dated: July 9, 2012.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE