| | |
|---|---|
| 1 | SHARON L. ANDERSON (SBN 94814) |
|   | County Counsel |
| 2 | JANICE AMENTA (SBN 161260) |
|   | Deputy County Counsel |
| 3 | D. CAMERON BAKER (SBN 154432) |
|   | Deputy County Counsel |
| 4 | COUNTY OF CONTRA COSTA |
|   | 651 Pine Street, Ninth Floor |
| 5 | Martinez, California 94553 |
|   | Telephone: (925) 335-1800 |
| 6 | Facsimile:  (925) 335-1866 |
|   | Electronic Mail: cameron.baker@cc.cccounty.us |
| 7 | |
|   | Attorneys for Defendants |
| 8 | CONTRA COSTA COUNTY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G., by and through his Guardian ad Litem, LaShan Goodwin,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, a municipal corporation; CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, a municipal corporation; DAVID LIVINGSTON in his capacity as SHERIFF for COUNTY OF CONTRA COSTA; DOES 1-100, inclusive; individually and in their capacities as SHERIFFS for COUNTY OF CONTRA COSTA,<br><br>Defendants. | Case No. C11-04853 WHA<br><br>STIPULATION AND **[PROPOSED]** ORDER REFERRING CASE TO JUDGE JOSEPH C. SPERO FOR SETTLEMENT PURPOSES<br><br>Judge: Hon. William H. Alsup, Presiding<br>Crtrm: 8, 19th Floor<br>Date Action Filed: 9/30/2011<br>Trial Date: July 15, 2013 |

### **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record that:

1. The above matter be referred to Magistrate Judge Joseph C. Spero for settlement purposes; and

///

2. The Settlement Conference will be scheduled as soon as Judge Spero's calendar will allow.

DATE: March 8, 2013            THE LAW OFFICES OF JOHN L. BURRIS

/S/
_____
DeWITT M. LACY, Esq.
Attorney for Plaintiff


DATE: March 8, 2013            SHARON L. ANDERSON, County Counsel

/S/
_____
D. CAMERON BAKER
Deputy County Counsel
Attorneys for Defendant
CONTRA COSTA COUNTY

**ORDER**

**IT IS SO ORDERED**.

DATE: _March 18___, 2013

_____
HONORABLE WILLIAM H. ALSUP
United States District Court Judge