SHARON L. ANDERSON (SBN 94814)
County Counsel
JANICE AMENTA (SBN 161260)
Deputy County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:   (925) 335-1866
Electronic Mail:  cameron.baker@cc.cccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G., by and through his Guardian ad Litem, LaShan Goodwin,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, a municipal corporation; CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, a municipal corporation; DAVID LIVINGSTON in his capacity as SHERIFF for COUNTY OF CONTRA COSTA; DOES 1-100, inclusive; individually and in their capacities as SHERIFFS for COUNTY OF CONTRA COSTA,<br><br>Defendants. | Case No. C11-04853 WHA<br><br>STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO JUDGE JOSEPH C. SPERO FOR SETTLEMENT PURPOSES<br><br>Judge:  Hon. William H. Alsup, Presiding<br>Crtrm:  8, 19th Floor<br>Date Action Filed: 9/30/2011<br>Trial Date: July 15, 2013 |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record that:

1. The above matter be referred to Magistrate Judge Joseph C. Spero for settlement purposes; and

///

1  2. The Settlement Conference will be scheduled as soon as Judge Spero's calendar
2  will allow.

4  DATE: March 8, 2013                              THE LAW OFFICES OF JOHN L. BURRIS

5                                                               /S/
                                                    _____
6                                                   DeWITT M. LACY, Esq.
                                                    Attorney for Plaintiff

8  DATE: March 8, 2013                              SHARON L. ANDERSON, County Counsel
9                                                              /S/
                                                    _____
10                                                  D. CAMERON BAKER
                                                    Deputy County Counsel
11                                                  Attorneys for Defendant
                                                    CONTRA COSTA COUNTY

**ORDER**

**IT IS SO ORDERED**.

DATE: __March 18___, 2013

_____
HONORABLE WILLIAM H. ALSUP
United States District Court Judge

STIPULATION AND [~~PROPOSED~~] ORDER REFERRING CASE TO JUDGE JOSEPH C. SPERO FOR
SETTLEMENT PURPOSES - Case No.  C11-04853 WHA                                      2