SHARON L. ANDERSON (SBN 94814)
County Counsel
JANICE AMENTA (SBN 161260)
Deputy County Counsel
D. CAMERON BAKER
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:   (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY and
DAVID LIVINGSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G., by and through his Guardian ad Litem, LaShan Goodwin,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, a municipal corporation; CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, a municipal corporation; DAVID LIVINGSTON in his capacity as SHERIFF for COUNTY OF CONTRA COSTA; DOES 1-100, inclusive; individually and in their capacities as SHERIFFS for COUNTY OF CONTRA COSTA,<br><br>Defendants. | Case No. C11-04853 WHA<br><br>[~~PROPOSED~~] ORDER SETTING CASE MANAGEMENT CONFERENCE<br><br>Judge: Hon. William H. Alsup, Presiding<br>Crtrm: 8, 19th Floor<br>Date Action Filed: 9/30/2011<br>Trial Date: March 25, 2013 |

IT IS HEREBY ORDERED that the parties, through their counsel, appear at a Case Management Conference on May 9, 2013, at 11:00 a.m., in Courtroom 8, 19th Floor, of the above entitled court.  The parties shall file a joint Case Management Conference statement on May 2, 2013.

DATE: April 26, 2013.                              _____
                                                                    HON. WILLIAM ALSUP
                                                                    United States District Judge

[APPROVED — Judge William Alsup]

[~~PROPOSED~~] ORDER SETTING CASE MANAGEMENT CONFERENCE - C11-04853 WHA          1