IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

M.G., by and through his guardian ad litem,
LASHAN GOODWIN,

    Plaintiff,

  v.

CONTRA COSTA COUNTY, a municipal corporation, CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, a municipal corporation, DAVID LIVINGSTON, in his capacity as Sheriff for Contra Costa County, and DOES 1–100, inclusive, individually, and in their capacities as sheriffs for Contra Costa County,

    Defendants.

No. C 11-04853 WHA

**ORDER SETTING HEARING RE DEFENDANT'S DISCOVERY DISPUTE**

The Court has read the May 22 letter from defense counsel. The Court is in agreement that any document shown to a designated trial expert in connection with forming his expert opinion must, upon proper request, be provided to the other side. This is black letter law and not subject to dispute. This dispute will be heard on **MAY 29 AT 10:00 A.M. AFTER A ONE-HOUR MEET-AND-CONFER IN THE COURT'S JURY ROOM AT 9:00 A.M.** Please buzz chambers to be let into the jury room.

The Court urges counsel to resolve this dispute beforehand.

**IT IS SO ORDERED.**

Dated: May 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE