IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| M.G., by and through his guardian ad litem, LASHAN GOODWIN,<br><br>        Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY, a municipal corporation, CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, a municipal corporation, DAVID LIVINGSTON, in his capacity as Sheriff for Contra Costa County, and DOES 1–100, inclusive, individually, and in their capacities as sheriffs for Contra Costa County,<br><br>        Defendants.<br>       / | No. C 11-04853 WHA<br><br>**ORDER RE FINAL PRETRIAL CONFERENCE** |

The final pretrial conference has long been set for **2:0 P.M. TODAY**. The Court is aware that this case has allegedly been settled. Nonetheless, a dismissal has not been filed. As counsel know, until a dismissal is filed, the case will proceed on the normal track as scheduled. Therefore, the case will be called today at 2:00 p.m. for final pretrial conference and failing an appearance by counsel for plaintiff, the case will be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: August 19, 2013

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE