1   JOHN L. BURRIS, Esq. SBN 69888
    DeWITT M. LACY, Esq. SBN 236229
2   **LAW OFFICES OF JOHN L. BURRIS**
    Airport Corporate Centre
3   7677 Oakport Street, Suite 1120
    Oakland, California 94621
4   Telephone:  (510) 839-5200
    Facsimile:   (510) 839-3882
5   dewitt.lacy@johnburrislaw.com

6   GAYLA B. LIBET, Esq. SBN 109173
    **LAW OFFICES OF GAYLA B. LIBET**
7   486 41st Street, #3
    Oakland, California 94609
8   Telephone and Facsimile:  (510)420-0324

    Attorneys for Plaintiffs
9

10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13  M.G. by and through his Guardian *ad Litem,*      Case No.: C11- 04853 WHA
    LASHON GOODWIN,
                                                      **NOTICE OF DISMISSAL**
14              Plaintiffs,

15          v.                                        **HONORABLE JUDGE WILLIAM ALSUP**

16  ANTHONY PERRY, individually and in his
    official capacity as deputy sheriff for County of
17  Contra Costa; SEAN WELCH, individually and
    in his capacity as deputy sheriff for County of
18  Contra Costa,

19              Defendants.

20

21

22

23

24

25

26

27

28

1

2
       PURSUANT TO SETTLEMENT AGREEMENT, Plaintiffs hereby dismiss the instant

action with prejudice pursuant to FRCP 41(a) (1), each side to bear their own fees and costs.

3

4

5   DATED: August 20, 2013              **LAW OFFICES OF JOHN L. BURRIS**

6

7                             By: */s/ DeWitt M. Lacy*
                               DEWITT M. LACY

8                               Attorneys for Plaintiffs

9   DATED: August 20, 2013              **LAW OFFICES OF GAYLA B. LIBET**

10

11                             By: /s/ *Gayla B. Libet*
                               Gayla B. Libet

12                               Attorneys for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4                                   **ORDER**

5    The above-noted action is hereby dismissed with prejudice, each side to their own fees and

6   costs.    The August 21 status conference is **VACATED**.

7    **IT IS SO ORDERED.**

            August 21, 2013.
8   Dated: _____                    _____

9                                            William Alsup
                                             United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2