JOHN L. BURRIS, Esq. SBN 69888
DeWITT M. LACY, Esq. SBN 236229
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
dewitt.lacy@johnburrislaw.com

GAYLA B. LIBET, Esq. SBN 109173
**LAW OFFICES OF GAYLA B. LIBET**
486 41st Street, #3
Oakland, California 94609
Telephone and Facsimile:  (510)420-0324

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G. by and through his Guardian *ad Litem*, LASHON GOODWIN,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY PERRY, individually and in his official capacity as deputy sheriff for County of Contra Costa; SEAN WELCH, individually and in his capacity as deputy sheriff for County of Contra Costa,<br><br>Defendants. | Case No.: C11- 04853 WHA<br><br>**NOTICE OF DISMISSAL**<br><br>**HONORABLE JUDGE WILLIAM ALSUP** |

PURSUANT TO SETTLEMENT AGREEMENT, Plaintiffs hereby dismiss the instant action with prejudice pursuant to FRCP 41(a) (1), each side to bear their own fees and costs.

DATED:  August 20, 2013    **LAW OFFICES OF JOHN L. BURRIS**


By: */s/ DeWitt M. Lacy*
    DEWITT M. LACY
    Attorneys for Plaintiffs

DATED:  August 20, 2013    **LAW OFFICES OF GAYLA B. LIBET**


By: /s/ *Gayla B. Libet*
    Gayla B. Libet
    Attorneys for Plaintiffs

1

## ORDER

The above-noted action is hereby dismissed with prejudice, each side to their own fees and costs.   The August 21 status conference is **VACATED**.

**IT IS SO ORDERED.**

Dated: August 21, 2013.

William Alsup
United States District Judge

2